UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL HARRIS,
          Plaintiff,

v.                          No. 5:19-cv-01965

KEYSTONE CEMENT CO.,
          Defendant.

## O R D E R

**AND NOW**, this 22nd day of February, 2021, upon consideration of Defendant's motion for summary judgment, *see* ECF No. 49, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Defendant's motion for summary judgment, ECF No. 49, is **GRANTED**.

2. This case is **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge