# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1631

Russell Harris v. Keystone Cement Co

(U.S. District Court No.: 5-19-cv-01965)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 14, 2021
LMR/cc: Katheryn Eisenmann, Esq.
Russell Harris,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate